

P.O. Box 480
Belton, Texas 76513

(254) 933-5160
Fax (254) 933-5176

email: shelley.coston@co.bell.tx.us

## Shelley Coston
*Bell County Clerk*

September 3, 2015

Court of Appeals
3rd District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re: Court of Appeals Number: 03-15-00440-CV
    Trial Court Case Number: 74,283

Style: Raymond Cox, Jr.; Tames Cox; and/or all occupants of 2208 Bellmont, Texas 76504

Dear Sir;

I hereby request an extension of Time to File Clerk's Records, since our Office just received a fax request (see attachment) for a Clerk's Records.

If you have any other questions, please feel free to contact me.

Sincerely yours;

SHELLEY COSTON
County Clerk
Bell County, Texas

By: _____
    Deputy Clerk

CC: Ms. Olga S. Panchenko
    Attorney at Law
    550 Westcott, Suite 560
    Houston, Texas 77707

Mr. Michael Brinkley
Attorney at Law
P.O. Box 820711
Fort Worth, Texas 76182

# BRINKLEY LAW PLLC
### MICHAEL BRINKLEY, ATTORNEY

P. O. Box 820711
Fort Worth, Texas 76182-0711

michael@brinkleypllc.com

817.284.3535
toll-free 888.511.5854
toll-free fax 888.511.0946

**\*\*CORRECTED\*\***

September 3, 2015

The Honorable Shelley Coston
County Clerk

fax to 254.933.5176

Re:    Case Number 03-15-00440-CV in Third Court of Appeals
       Trial Court Case Number **74,283**
       *GMAC Mortgage LLC v. Cox*

Dear Ms. Coston:

Please prepare and forward to the Court of Appeals **in Austin** a transcript of proceedings which includes

(a) exhibits (if any),
(b) all pleadings, motions, orders or requests or notices filed by any party,
(c) judgments,
(d) the docket sheet, and
(e) all correspondence of any party <u>to</u> the Court.

If you will advise me of your fee for the transcript, I will send you a check the same day. If you are able to accept credit cards by phone or otherwise, I would consider doing that to expedite forwarding of the transcript.

My direct toll-free number is **1.877.994.1177.**

Thank you for helping us provided the Court of Appeals with the record.

Sincerely,

Michael Brinkley
Attorney for Defendant(s)



# BRINKLEY LAW PLLC
## MICHAEL BRINKLEY, ATTORNEY

P. O. Box 820711
Fort Worth, Texas 76182-0711

michael@brinkleypllc.com

817.284.3535
toll-free 888.511.5854
toll-free fax 888.511.0946

September 3, 2015

The Honorable Shelley Coston
County Clerk

fax to 254.933.5176

Re:     Case Number 03-15-00440-CV in Third Court of Appeals
        Trial Court Case Number **74,283**
        *GMAC Mortgage LLC v. Cox*

Dear Ms. Coston:

Please prepare and forward to the Court of Appeals in Corpus Christi (where this case was transferred from Austin) a transcript of proceedings which includes

       (a) exhibits (if any),
       (b) all pleadings, motions, orders or requests or notices filed by any party,
       (c) judgments,
       (d) the docket sheet, and
       (e) all correspondence of any party to the Court.

If you will advise me of your fee for the transcript, I will send you a check the same day. If you are able to accept credit cards by phone or otherwise, I would consider doing that to expedite forwarding of the transcript.

My direct toll-free number is **1.877.994.1177.**

Thank you for helping us provided the Court of Appeals with the record.

Sincerely,

Michael Brinkley
Attorney for Defendant(s)